AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| CB AVIATION, INC. a Utah Corporation<br><br>*Plaintiff(s)*<br><br>v.<br><br>SKY SHARE USA, LLC, a Florida Limited Liability Company<br><br>*Defendant(s)* | Civil Action No.  0:23-cv-60639-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SKY SHARE USA, LLC
C/O REGISTERED AGENT
MARK B. GOLDSTEIN, P.A.
2700 NORTH MILITARY TRAIL
SUITE 140
BOCA RATON, FLORIDA  33431

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JEFFREY S. LAPIN, ESQ.
LAPIN & LEICHTLING, LLP
255 ALHAMBRA CIRCLE
SUITE 600
CORAL GABLES, FLORIDA  33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Apr 3, 2023



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ N. Wilner
Deputy Clerk
U.S. District Courts